An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL MAZUR,
Appellant,
vs.
ELIZABETH MAZUR,
Respondent.

No. 61088

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant has moved to voluntarily dismiss this appeal. The motion is granted, with the parties to bear their own costs and attorney fees. NRAP 42(b). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Michael R. Pontoni
Elizabeth Mazur
Eighth District Court Clerk

13-17036